# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131853

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

LaRHON LONDON JONES,
   Defendant-Appellant.

SC: 131853
COA: 261159
Wayne CC: 02-000181-01

_____/

  On order of the Court, the application for leave to appeal the June 22, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120